IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Select Medical Rehabilitation Services, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Morris Healthcare & Rehabilitation Services, Inc., an Illinois corporation, and Morris Healthcare & Rehabilitation Center, LLC, an Illinois limited liability company.<br><br>Defendants. | No. 12-cv-4662 |

**CONSENT JUDGMENT**

WHEREAS, Plaintiff, Select Medical Rehabilitation, Inc. ("Select Medical"), filed its First Amended Complaint on July 8, 2013 alleging that Defendants breached an agreement between the parties pursuant to which Defendants agreed to compensate Plaintiff for therapy services furnished to patients of Morris Healthcare Rehabilitation Center, LLC;

AND WHEREAS, Defendant Morris Healthcare & Rehabilitation Center, LLC has consented to entry of this Consent Judgment without trial or adjudication of any issue of fact or law and to waive any appeal if the Consent Judgment is entered as submitted by the parties;

NOW THEREFORE, without trial or adjudication of issue of fact or law and upon consent of Defendant Morris Healthcare & Rehabilitation Center, LLC, the Court finds that there is good and sufficient cause to enter this Consent Judgment, and that it is therefore, ORDERED, ADJUDGED, and DECREED as follows:

1. Plaintiff, Select Medical shall be, and hereby is, awarded judgment from and against Defendant Morris Healthcare & Rehabilitation Center, LLC, in the amount of $473,156.26.

EXHIBIT A

1

2. This judgment shall bear interest from the date of this judgment until it is paid at a rate equal to fifteen percent (15%) per annum, as provided by the agreement that is the subject of Plaintiff's First Amended Complaint.

3. The February 11, 2014 trial date is stricken.

4. Plaintiff's Rule 69 Motion For Discovery In Aid of Execution and Collection Of its Judgment Is Granted, and Plaintiff is granted leave of court to pursue any and all discovery that is allowed under the law.

5. Any and all judgment debtors will be subject to liability for any and all attorneys' fees and costs incurred by Plaintiff during discovery, as provided by the agreement that is the subject of Plaintiff's First Amended Complaint.

6. Nothing in this order shall prevent Plaintiff from amending this Consent Judgment as may be necessary to include any additional judgment debtors who may be identified during the course of discovery, nor shall this order prevent Plaintiff from amending its complaint as may be necessary to add new parties and/or new causes of action that may be identified during discovery and as may be necessary to enforce and/or collect its judgment.

_____
Date

_____
Judge Charles Norgle, Sr.

Prepared by:
Robert E. O'Malley, Esq. (ARDC No. 6193458)
Chad J. Layton, Esq. (ARDC No. 6243339)
Segal McCambridge Singer & Mahoney, Ltd.
233 S. Wacker Dr., Suite 5500
Chicago, Illinois 60606
Phone: (312) 645-7800
Fax: (312) 645-7711